UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-20078-CR-GRAHAM

UNITED STATES OF AMERICA,

v.

SANDRO HEREK,
    *Defendant.*
_____/

**DEFENDANT HEREK'S RESPONSE IN OPPOSITION
TO GOVERNMENT'S MOTION TO RECONSIDER**

Sandro Herek, by and through undersigned counsel, hereby files this Response in Opposition to the Government's Motion for Reconsideration [D.E. 208], and states:

The Government's motion raises the same arguments that it has already made in writing and on the record at in-person hearings. The Court considered these arguments at length and has already accommodated the Government's request to extend trial, over objection from the Defendants, by continuing the start of arguments and evidence to October 20, 2025.

While undersigned counsel empathizes with the unexpected termination of Will Rosenzweig and the administrative difficulties this most certainly causes for the Government, Sandro Herek should not have to suffer for it. This matter was indicted on March 11, 2024. On January 26, 2024, months before the indictment, undersigned counsel and Sandro Herek participated in a lengthy debrief. Mr. Turken was present at this debrief and actively participated in questioning. It is clear, therefore, that Mr. Turken was involved

in this matter, even though he does not consider himself the "lead prosecutor", during the investigative stage of the case.

Mr. Turken was present on every substantive meet and confer with undersigned counsel and conducted one of the most substantive meet and confers, regarding the Government's many motions in limine, without the assistance of Mr. Rosenzweig. Mr. Turken has proven time and again throughout the long history of this case that he is not only a fantastic lawyer, but also that he has been intimately involved with the case and the discovery. Further, Mr. Turken's argument that he cannot be adequately prepared for the trial without more time and assistance from a second chair is without merit.

The Government has incredible resources at its disposal, including multiple case agents and the top document review softwares. They have an office full of brilliant lawyers who can absolutely join the case as second chair if required. The Court should consider that Mr. Herek has no second chair attorney and never has. Undersigned counsel and Mr. Herek worked relentlessly to prepare for trial and digest hundreds of thousands of documents without the aid of any document review software, investigators, or support staff. Undersigned counsel is a solo practitioner and has gone to great lengths to plan for this trial on the dates currently set. Counsel has informed multiple courts and multiple clients of his unavailability.

Mr. Herek's resources are negligible, and a further delay in this trial will cost him greatly. He supports his wife's homemade cracker business, which is the primary income for the Herek family. They struggle to get accepted into local farmers' markets. His Mr. Herek has paid to have a close friend fly to the United States from Brazil for the majority of October so that the friend can assist Sandro's wife with the cracker business responsibilities

and childcare obligations while Sandro is in trial. The tickets are non-refundable, and he cannot afford to reschedule this necessary assistance for the month of November.

A further delay in the trial will impact defense counsel's ability to zealously advocate on behalf of Sandro Herek, as a great deal of time and energy will need to be spent preparing for further unavailability because of a continuance. This is exacerbated by the fact that this trial would then run into Thanksgiving and beyond, which will cause further scheduling hardships for the parties.

Lastly, Mr. Turken states that the "defendants" requested a continuance. Mr. Herek has **never** requested a trial continuance since the trial was set for October 6, 2025. Trial has been set for this date since April 24, 2025. This is true despite the immense amount of discovery that has been disclosed since the trial was set, including productions as recent as yesterday, October 1, 2025.

WHEREFORE, Sandro Herek respectfully requests that the Court deny the Government's Motion for Reconsideration, and keep the trial as currently set.

Date: October 2, 2025

Respectfully submitted,

*/s/ David Tarras*
David Tarras, Esq.
Law Office of David Tarras, PLLC
Florida Bar No. 125746
1200 North Federal Highway, Suite 300
Boca Raton, FL 33432
Email: David@TarrasDefense.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2025, a true and correct copy of the foregoing was served via CM/ECF on all counsel or parties of record.

By: */s/ David Tarras*
David Tarras, Esq.
